```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                            CLARKSBURG
```

**ANTERO RESOURCES CORPORATION and**
**ANTERO MIDSTREAM LLC,**

      **Plaintiff,**

**v.**                                                       **CIVIL ACTION NO. 1:20-cv-147**
                                                                               **(KLEEH)**

**BRADDOCK CONSTRUCTION, LLC,**
**DAVID WEIMER, KRISTEN WEIMER,**
**and JOHN DOE CORPORATIONS 1-10,**

      **Defendants,**

**and**

**BRADDOCK CONSTRUCTION, LLC,**

      **Third Party Plaintiff,**

**v.**

**SAFETY CONCERN INC., TIMOTHY**
**SIVIC, JAMES MEYERS and**
**DATA PROCESSAGENTS.COM, LLC,**

      **Third Party Defendants.**

<u>**ORDER**</u>

The parties in this matter filed a *Joint Motion to Vacate Scheduling Order* [Dkt. No. 39]. For the reasons stated therein, the Court **GRANTS** the motion [Dkt. No. 39] to the extent that the remaining deadlines in the February 4, 2021, Scheduling Order [Dkt. No. 19] are **STAYED pending further order of the Court.**

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** November 15, 2021

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE