IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| ANTERO RESOURCES CORPORATION<br>and ANTERO MIDSTREAM LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>BRADDOCK CONSTRUCTION, LLC,<br>DAVID WEIMER, KRISTEN WEIMER,<br>and JOHN DOE CORPORATIONS 1-10,<br><br>    Defendants,<br><br>and<br><br>BRADDOCK CONSTRUCTION, LLC,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>SAFETY CONCERN, INC., TIMOTHY<br>SIVIC, JAMES MEYERS AND<br>DOTPROCESSAGENTS.COM, LLC,<br><br>    Third Party Defendants. | CIVIL ACTION NO. 1:20-cv-00147<br>JUDGE THOMAS S. KLEEH |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE of the withdrawal of the appearance of Jordan V. Palmer, as counsel of record for the Defendant Antero Resources Corporation and Antero Midstream, LLC, effective February 15, 2022. Mr. Palmer will be leaving the employment of Flaherty Sensabaugh Bonasso PLLC on that date. Flaherty Sensabaugh Bonasso PLLC and Christopher A. Brumley will remain counsel of record for Antero Resources Corporation and Antero Midstream, LLC.

    Respectfully submitted,

    **ANTERO RESOURCES CORPORATION and**
    **ANTERO MIDSTREAM LLC,**

    **BY COUNSEL**

/s/ Jordan V. Palmer, Esq.
Christopher A. Brumley, Esq. (WVSB #7697)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
Tel: (304) 345-0200
Fax: (304) 345-0260
cbrumley@flahertylegal.com

and

Jordan V. Palmer, Esq. (WVSB #12899)
FLAHERTY SENSABAUGH BONASSO PLLC
1225 Market Street
P.O. Box 6545
Wheeling, WV 26003
Tel: (304) 230-6600
Fax: (304) 230-6610
jpalmer@flahertylegal.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**ANTERO RESOURCES CORPORATION
and ANTERO MIDSTREAM LLC,**

    **Plaintiffs,**

**v.**

    **CIVIL ACTION NO. 1:20-cv-00147
JUDGE THOMAS S. KLEEH**

**BRADDOCK CONSTRUCTION, LLC,
DAVID WEIMER, KRISTEN WEIMER,
and JOHN DOE CORPORATIONS 1-10,**

    **Defendants,**

**and**

**BRADDOCK CONSTRUCTION, LLC,**

    **Third Party Plaintiff,**

**v.**

**SAFETY CONCERN, INC., TIMOTHY
SIVIC, JAMES MEYERS AND
DOTPROCESSAGENTS.COM, LLC,**

    **Third Party Defendants.**

## CERTIFICATE OF SERVICE

    I, Jordan V. Palmer, do hereby certify that on 11th day of February, 2022, I served ***NOTICE OF WITHDRAWAL OF APPEARANCE*** upon the parties hereto by was served upon all counsel of record by the Court's CM/ECF electronic filing system to the following counsel of record:

Tiffany R. Durst, Esq.
Nathaniel D. Griffith, Esq.
PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC
2414 Cranberry Square
Morgantown, WV 26508
tdurst@pffwv.com
ngriffith@pffwv.com
*Counsel for Defendants and Third Party Plaintiff, Braddock Construction, LLC*

Paul D. Krepps, Esq.
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA  15219
pdkrepps@mdwcg.com
*Counsel for Third-Party Defendants, Safety Concern, Inc.,
Timothy Sivic and James Meyers*

M. Winiesdorffer-Schirripa, Esq.
G. Thomas Smith, Esq.
SMITH LAW, PLLC
516 W. Main Street
Clarksburg, WV 26301
michelleschirripa@smithlawpllc.net
tomsmith@smithlawpllc.net
*Counsel for Third Party Defendant DOTprocessagents.com, LLC*

/s/ Jordan V. Palmer, Esq.
Christopher A. Brumley, Esq. (WVSB #7697)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street/P.O. Box 3843
Charleston, WV 25338-3843
Tel: (304) 345-0200/Fax: (304) 345-0260
cbrumley@flahertylegal.com

and

Jordan V. Palmer, Esq. (WVSB #12899)
FLAHERTY SENSABAUGH BONASSO PLLC
1225 Market Street/P.O. Box 6545
Wheeling, WV 26003
Tel: (304) 230-6600/Fax: (304) 230-6610
jpalmer@flahertylegal.com
*Counsel for Plaintiffs, Antero Resources
Corporation and Antero Midstream, LLC*