# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Antero Resources Corp., et al.
*Plaintiff(s)*

v.   Civil Action No. 1:20-cv-147

Braddock Construction, LLC, et al.
*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other: The Safety Concern Defendants' motion to dismiss, which has been joined by DOTProcessAgents, is GRANTED. The Third-Party Complaint is DISMISSED WITH PREJUDICE.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge Thomas S. Kleeh

Date: March 8, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ D. Kinsey

*Signature of Clerk or Deputy Clerk*