IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ANTERO RESOURCES CORPORATION and**
**ANTERO MIDSTREAM LLC,**

    **Plaintiffs,**

  v.                                            CIVIL NO. 1:20-CV-147
                                                   (KLEEH)

**BRADDOCK CONSTRUCTION, LLC,**
**DAVID WEIMER, KRISTEN WEIMER, and**
**JOHN DOE CORPORATIONS 1-10,**

    **Defendants.**

## ORDER OF DISMISSAL

The parties in the above-styled action have informed the Court that this case has been compromised and settled. It is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to **TERMINATE** any pending motions and to send a copy of this Order to counsel of record and any unrepresented party.

DATED: January 12, 2024

                                              */s/ Tom S. Kleeh*
                                              THOMAS S. KLEEH, CHIEF JUDGE
                                              NORTHERN DISTRICT OF WEST VIRGINIA